**652 BUCK vs. CIRCUIT JUDGE (Washtenaw), No. 13893½.**

To compel respondent to render judgment in a replevin suit, as in case of non-suit, for failure to notice the cause for trial, under How. Stat., Sec. 8340, where plaintiff had noticed the cause for the first term, but it had not been reached; had noticed it for the next term, but had countermanded the notice, and

the cause had been stricken from the docket, at plaintiff's instance, for the next term because of defective notice given by defendant.

Order to show cause denied December 12, 1893.